Rehearing granted, January 7, 2005

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-6520**

—————————

JOSEPH M. ALLSBROOK,

                              Plaintiff - Appellant,

        versus


P. A. TERRANGI, Warden, Indian Creek
Correctional Center; JAMES KEELING, Former
Assistant Warden, Programs; LAURA CORRNERS,
Former Assistant Warden, Programs; MAXINE
PORCHER, Director of Therapeutic Program,
Indian Creek Correctional Center; DR. LALANI
MCCANN, Former Director of Medical, Indian
Creek Correctional Center; MS. BILAL, Clinical
Social Worker, Supervisor (Housing Unit 6),
Indian Creek Correctional Center; MR. MEYER,
Clinical Social Worker, Housing Unit 6A,
Indian Creek Correctional Center; MR. WARR,
Clinical Social Worker, Housing Unit 6B,
Indian Creek Correctional Center; MS. NEIVES;
DR. EDELMAN, Administrator, Prison Health
Services; DR. LEWIN,

                              Defendants - Appellees.

        and


DR. VERNON SMITH, Director of Health Services,
Virginia Department of Corrections; MS.
DOTSON, a Former Employee of the Medical
Department at Indian Creek Correctional Center
as Head Nurse; AND OTHERS,

                              Defendants.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., District Judge. (CA-03-114)

---

Submitted: July 28, 2004                    Decided: August 18, 2004

---

Before MOTZ, KING, and DUNCAN, Circuit Judges.

---

Affirmed in part, vacated in part, and remanded by unpublished per curiam opinion.

---

Joseph M. Allsbrook, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Jeff Wayne Rosen, Lisa Ehrich, PENDER & COWARD, P.C., Virginia Beach, Virginia; Edward Joseph McNelis, III, John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; Roy Barrow Blackwell, Mary Elizabeth Sherwin, KAUFMAN & CANOLES, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph M. Allsbrook appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. As to Allsbrook's claim he received inadequate medical care, we affirm the district court's order denying relief. As to Allsbrook's claim that the prison drug rehabilitation program was unconstitutional under the First Amendment because it required participants to recite a creed, we affirm the district court's order denying relief. As to Allsbrook's assertion that the prison drug rehabilitation program was unconstitutional under the First Amendment because it required him to watch a video recommending participation in a Christian or religious fellowship group, we vacate the district court's dismissal of this claim for failure to exhaust administrative remedies and remand to the district court for further review, noting the record reveals that on November 8, 2002, Allsbrook filed an unsuccessful grievance regarding this claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Allsbrook's motion for appointment of counsel is denied.

AFFIRMED IN PART,
VACATED IN PART, AND REMANDED

- 3 -